LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE COTTON,<br><br>             Plaintiff,<br><br>      v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY,<br><br>             Defendants. | CASE NO. C 06 1322 JSW<br><br>Before the Honorable Jeffrey S. White<br><br>[~~PROPOSED~~] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:   June 9, 2006<br>Conference Time:   1:30 p.m.<br>Location:          Courtroom 2, 17th Floor<br>                   San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the June 9, 2006 Case Management Conference ("CMC") to December 1, 2006, at 1:30 p.m. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation,* far

1  enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7
2  calendar days before the CMC, pursuant to this Court's Standing Order.

3  **IT IS SO ORDERED.**

4  DATED: May 26, 2006

5  _____
   Honorable Jeffrey S. White
   United States District Court Judge

7  Plaintiff is ORDERED to serve Defendants within 120 days of the date of
8  this Order.