1  LAWRENCE J. GORNICK (SBN 136290)
   DENNIS J. CANTY (SBN 207978)
2  EMILY M. CHARLEY (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, CA  94104
4  Telephone:  415-646-7160
5  Facsimile:  415-981-1270

6  Attorneys for Plaintiff

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  ELAINE C. COTTON,                    CASE NO. C 06 1322 JSW

12           Plaintiff,                   [PROPOSED] ORDER DISMISSING ENTIRE
                                          ACTION WITHOUT PREJUDICE
13      v.

14  ASTRAZENECA PHARMACEUTICALS,
15  L.P., et al.

16           Defendants.

17

18      Pursuant to Plaintiff's motion, ~~the above-captioned action is hereby dismissed without~~
19  ~~prejudice.~~ and for the reasons set forth in the Court's Order this date in *Theodorou v.*
20      *Astrazeneca, et al.*, 06-1483, the above captioned action is HEREBY
        DISMISSED WITHOUT PREJUDICE.
21
        **IT IS SO ORDERED.**
22
    Dated:  July 19, 2006            _____
23                                    The Honorable Jeffrey S. White
24                                    United States District Court Judge

25

26

27

28

- 1 -